# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2017

154990

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                  SC: 154990
                                  COA: 333477
                                  Huron CC: 16-105386-AR

MICHAEL WARD,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 17, 2016 order of the Court of Appeals is considered. We DIRECT the Huron County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2017



s0920

Clerk